CCJ
Rev. 12/03

**United States Bankruptcy Court**
Southern District of California
Jacob Weinberger U.S. Courthouse
325 West F Street
San Diego, CA 92101–6991

Telephone: 619–557–5620
Website: www.casb.uscourts.gov
Hours: 9:00am–4:00pm Monday–Friday

**21st Century Oil – Home LLC**
140 Marin View Avenue, #102
Solana Beach, CA 92075

*No Known Aliases*

Case number:  04–10343–PB11
Chapter: 11
Judge Peter W. Bowie

**Notice of Change in Assigned Judge and Case Number**

You are hereby notified that the above entitled case previously assigned to **Louise DeCarl Adler** has been reassigned to **Peter W. Bowie** for all further proceedings.

You are further notified that the following case number must appear on all papers hereinafter filed in connection with the subject case:  **04–10342–PB11** .

Dated: 2/17/05

By order of the court:

Barry K. Lander
Clerk of the Bankruptcy Court

\*\*\*\*\*\*\*\*\*\*
**FILED**
2/17/05
\*\*\*\*\*\*\*\*\*\*